United States District Court
Southern District of Texas
**ENTERED**
September 01, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PATRICK GINN, Individually and on behalf of others similarly situated, | § § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. H-23-2830 |
| PATTERSON-UTI DRILLING COMPANY LLC, | § § § § | |
| Defendant. | § § | |

### ORDER OF DISMISSAL

In accordance with the parties' stipulation, (Docket Entry No. 11), this action is dismissed without prejudice.

SIGNED on September 1, 2023, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge